NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BAGGAGE AIRLINE GUEST SERVICES, INC.,**

*Plaintiff-Appellee*

**v.**

**ROADIE, INC.,**

*Defendant-Appellant*

---

2020-1540

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-00707-RGA, Judge Richard G. Andrews.

---

## JUDGMENT

---

STEFAN V. STEIN, Gray Robinson, PA, Tampa, FL, argued for plaintiff-appellee. Also represented by COLE CARLSON; WILLIAM STEIN, Fort Lauderdale, FL.

EDWARD A. PENNINGTON, Smith, Gambrell & Russell, LLP, Washington, DC, argued for defendant-appellant. Also represented by JOHN P. MOY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>November 4, 2020</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |